B1 (Official Form 1)(04/13)

| | |
|---|---|
| **United States Bankruptcy Court**<br>**Middle District of Alabama** | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**United Plastic Recycling, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**63-1054274** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3000 Selma Highway**<br>**Montgomery, AL**<br>ZIP Code **36108** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Montgomery** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 11671**<br>**Montgomery, AL**<br>ZIP Code **36111** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br><br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ■<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**United Plastic Recycling, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**United Lands, LLC** | Case Number: | Date Filed: |
| District:<br>**Middle District of Alabama** | Relationship:<br>**Affiliate** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>    Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**United Plastic Recycling, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ James L. Day**
   Signature of Attorney for Debtor(s)

   **James L. Day ASB-1256-A55J**
   Printed Name of Attorney for Debtor(s)

   **Memory & Day**
   Firm Name

   **P.O. Box 4054**
   **Montgomery, AL 36103**

   _____
   Address

            **Email: jlday@memorylegal.com**
   **334-834-8000  Fax: 334-834-8001**
   Telephone Number

   **October 16, 2015**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John A. Bonham, Jr.**
   Signature of Authorized Individual

   **John A. Bonham, Jr.**
   Printed Name of Authorized Individual

   **President**
   Title of Authorized Individual

   **October 16, 2015**
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

   _____
   Printed Name of Foreign Representative

   _____
   Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Alabama

In re  United Plastic Recycling, Inc.

Debtor(s)

Case No. _____

Chapter  11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **John A. Bonham, Jr.**, declare under penalty of perjury that I am the **President** of **United Plastic Recycling, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **John A. Bonham, Jr.**, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **John A. Bonham, Jr.**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **John A. Bonham, Jr.**, **President** of this Corporation is authorized and directed to employ **James L. Day ASB-1256-A55J**, attorney and the law firm of **Memory & Day** to represent the corporation in such bankruptcy case."

Date  **October 16, 2015**

Signed _____
John A. Bonham, Jr.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Alabama

In re    **United Plastic Recycling, Inc.**      Case No. _____

                     Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **501K RECYCLING**<br>**565 BEAVER CREEK ROAD**<br>**HUNTINGTON, TN 38344** | **501K RECYCLING**<br>**565 BEAVER CREEK ROAD**<br>**HUNTINGTON, TN 38344** | | | **99,697.96** |
| **BERRY PLASTICS CORP.**<br>**DEPT. 730002**<br>**PO BOX 660919**<br>**DALLAS, TX 75266-0919** | **BERRY PLASTICS CORP.**<br>**DEPT. 730002**<br>**PO BOX 660919**<br>**DALLAS, TX 75266-0919** | | | **74,350.15** |
| **BROTHERS LOGISTICS, INC**<br>**PO BOX 71842**<br>**ALBANY, GA 31708** | **BROTHERS LOGISTICS, INC**<br>**PO BOX 71842**<br>**ALBANY, GA 31708** | | | **134,777.50** |
| **COLOR MASTERS**<br>**Po box 2289**<br>**Albertville, AL 35950** | **COLOR MASTERS**<br>**Po box 2289**<br>**Albertville, AL 35950** | | | **91,637.92** |
| **Command Transportation, LLC**<br>**2633 Paysphere Circle**<br>**Chicago, IL 60674** | **Command Transportation, LLC**<br>**2633 Paysphere Circle**<br>**Chicago, IL 60674** | | | **77,282.50** |
| **Coveris**<br>**PO BOX 402910**<br>**ATLANTA, GA 30384-2910** | **Coveris**<br>**PO BOX 402910**<br>**ATLANTA, GA 30384-2910** | | | **82,993.80** |
| **DYVIS**<br>**150 HYUNDAI BLVD.**<br>**MONTGOMERY, AL 36105** | **DYVIS**<br>**150 HYUNDAI BLVD.**<br>**MONTGOMERY, AL 36105** | | | **775,139.72** |
| **EQUISTAR CHEMICALS, LP**<br>**PO Box 301673**<br>**DALLAS, TX 75303-1673** | **EQUISTAR CHEMICALS, LP**<br>**PO Box 301673**<br>**DALLAS, TX 75303-1673** | | | **125,033.36** |
| **General Motors Corporation**<br>**DEPT. LOCKBOX 78095**<br>**PO BOX 78000**<br>**DETROIT, MI 48278-0095** | **General Motors Corporation**<br>**DEPT. LOCKBOX 78095**<br>**PO BOX 78000**<br>**DETROIT, MI 48278-0095** | | | **68,112.28** |
| **HESCO**<br>**PO BOX K**<br>**WAVERLY, FL 33877** | **HESCO**<br>**PO BOX K**<br>**WAVERLY, FL 33877** | | | **76,098.90** |
| **INTEPLAST GROUP, LTD.**<br>**PO BOX 277148**<br>**ATLANTA, GA 30384-7148** | **INTEPLAST GROUP, LTD.**<br>**PO BOX 277148**<br>**ATLANTA, GA 30384-7148** | | | **102,536.90** |

B4 (Official Form 4) (12/07) - Cont.

In re   **United Plastic Recycling, Inc.**          Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| InterGroup International<br>Tim Carter<br>1111 East 200th Street<br>Euclid, OH 44117 | InterGroup International<br>Tim Carter<br>1111 East 200th Street<br>Euclid, OH 44117 | | | 118,348.41 |
| Inzi Controls Alabama, Inc.<br>375 Hwy 203<br>Elba, AL 36323 | Inzi Controls Alabama, Inc.<br>375 Hwy 203<br>Elba, AL 36323 | | | 66,684.69 |
| Kimberly Clark- LaGrange<br>Lisa Charles<br>P O Box 915003<br>Dallas, TX 75391 | Kimberly Clark- LaGrange<br>Lisa Charles<br>P O Box 915003<br>Dallas, TX 75391 | | | 193,028.07 |
| Multi-Color Corporation<br>Lance George<br>4053 Clough Woods Drive<br>Batavia, OH 45103 | Multi-Color Corporation<br>Lance George<br>4053 Clough Woods Drive<br>Batavia, OH 45103 | | | 158,091.98 |
| NEMO<br>1425 Candler Rd.<br>Gainesville, GA 30507 | NEMO<br>1425 Candler Rd.<br>Gainesville, GA 30507 | | | 148,807.06 |
| Recycling Revolution<br>9070 Kimberly Blvd.<br>Unit 53-54<br>Boca Raton, FL 33434 | Recycling Revolution<br>9070 Kimberly Blvd.<br>Unit 53-54<br>Boca Raton, FL 33434 | | | 105,471.64 |
| SJA, Inc.<br>Attn: Il Woong Kim<br>274 Thweat Industrial Blvd<br>Dadeville, AL 36853 | SJA, Inc.<br>Attn: Il Woong Kim<br>274 Thweat Industrial Blvd<br>Dadeville, AL 36853 | | | 131,552.66 |
| WASTE RECYCLING-OPELIKA<br>PO BOX 363<br>OPELIKA, AL 36803-0363 | WASTE RECYCLING- OPELIKA<br>PO BOX 363<br>OPELIKA, AL 36803-0363 | | | 500,831.07 |
| WASTE RECYCLING-TUSCALOOSA<br>PO Box 1968<br>TUSCALOOSA, AL 35403 | WASTE RECYCLING- TUSCALOOSA<br>PO Box 1968<br>TUSCALOOSA, AL 35403 | | | 99,414.05 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October 16, 2015**          Signature   **/s/ John A. Bonham, Jr.**
                                                      **John A. Bonham, Jr.**
                                                      **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                             Best Case Bankruptcy

United Plastic Recycling, Inc.
P.O. Box 11671
Montgomery, AL 36111


501K RECYCLING
565 BEAVER CREEK ROAD
HUNTINGTON, TN 38344


ABS BUSINESS SYSTEMS
868 LAGOON COMMERICAL BLVD.
MONTGOMERY, AL 36117


ADS - Alabama Dumpster Service
PO Box 279
Hope Hull, AL 36043


AG POLYMERS
1 BARKER AVE.
WHITE PLAINS, NY 10601


Airgas South
PNC Bank
PO Box 532609
Atlanta, GA 30353-2609


Alabama Bolt & Supply
Alabama Bolt & Supply
PO Box 9429
Montgomery, AL 36108


ALABAMA POWER COMPANY
P.O. BOX 242
BIRMINGHAM, AL 35292


Alabama Steel Supply
P.O BOX 11251
Montgomery, AL 36111

ALG Worldwide Logistics, LLC
333 North Alabama Street
Suite 350
Indianapolis, IN 46204


All Phase Electric
PO Box 210356
Montgomery, AL 36121


Allen Plastics Repair
Mac McLemore
3685 Lima Rd
Fort Wayne, IN 46805


Americycle
850 Mississippi Street
Tuscumbia, AL 35674


AmeriGas
41 Propane Ln
Greenville, AL 36037


ASF Intermodal
PO Box 890059
Charlotte, NC 28289-0059


Atlantic Coast Carriers
Martha Jones
P O Box 820
Hazlehurst, GA 31539


Austinville Limestone Co.
PO Box 569
Austinville, VA 24312


Averitt Express
PO Box 102197
Atlanta, GA 30368-2197

B & T, LLC
PO BOX 9159
MONTGOMERY, AL 36108


Bama Recyclables, LLC
Mark Johons
5716 County Road 708
Enterprise, AL 36330


Baxter Enterprises
2775 Commerce Drive
ROchester Hills, MI 48309


BBVA
PO Box 2201
Decatur, AL 35609-2201


Becker Logistics Inc
P.O. Box 88126
Carol Stream, IL 60188


BERRY PLASTICS CORP.
DEPT. 730002
PO BOX 660919
DALLAS, TX 75266-0919


BEST PRACTICE SERVICES, LLC
6773 TAYLOR CIRCLE
MONTGOMERY, AL 36117


BLADES MACHINERY Co., Inc.
750 NICHOLAS BLVD
ELK GROVE VILLAGE, IL 60007


Blakley Construction Services, LLC
P.O. Box 100853
Nashville, TN 37210

Boudin Waste
916 Highway 90
Waveland, MS 39576


Brady SPC
Gina Talbert
7201 National Turnpike
Louisville, KY 40214


Brendle, Inc.
PO BOX 1868
MONTGOMERY, AL 36102


Bridgestone-Firestone
Attn: Cecil Morris
725 Bridgestone Drive
Morrison, TN 37357


BROTHERS LOGISTICS, INC
PO BOX 71842
ALBANY, GA 31708


BUTLER MCDONALD, INC.
5955 W 80TH STREET
INDIANAPOLIS, IN 46278


C. H. ROBINSON
PO BOX 9121
MINNEAPOLIS, MN 55480-9121


CAPITAL REFRIGERATION CO., INC.
PO BOX 1966
MONTGOMERY, AL 36102-1966


Capital Volvo Truck & Trailer
PO BOX 9427
MONTGOMERY, AL 36108
MONTGOMERY, AL 36108

Car Quest
Attention: Antoin
3065-A Selma Hwy
Montgomery, AL 36108


Carben's Lawnworks Plus
Randall Carben
227 Elijah Parker Road
Tullahoma, TN 37388


CHEP USA
James Koonce
7315 Kingspointe Parkway
Orlando, FL 32819


CIRG Metals USA LLC
Alex Lee
6287 Fairfax Bypass
Valley, AL 36854


Clement Industries LLC
Jeff Henderson
13850 Ballantyne Corporate Place, Suite
Charlotte, NC 28277


Coca-Cola Bottling Co
4919 Westport Blvd.
Montgomery, AL 36108


Colonial Packaging
Sam Carraway
PO Box 1247
Sumter, SC 29151


COLOR MASTERS
Po box 2289
Albertville, AL 35950

Command Transportation, LLC
2633 Paysphere Circle
Chicago, IL 60674


CON-Pearl North America
J.J. Smith
6400 Augusta Road, Suite 101
Greenville, SC 29605-3752


Contech Construction -1
Wendell T Tinch Jr.
2700 Gunter Park Dr West
Montgomery, AL 36109


Contract Chemicals Carriers Corp.
2084 N. DIXIE HWY.
LIMA, OH 45801


Coveris
PO BOX 402910
ATLANTA, GA 30384-2910


Craig Fielder
627 Roy Long Road
Athens, AL 35611


CRI OF TENNESSEE
1101 KERMIT DR SUITE 513
NASHVILLE, TN 37217


CUSTOM EQUIPMENT COMPANY
PO BOX 487
HUGER, SC 29450


D and G Enterprises
5543 Edmondson Pike
Nashville, TN 37211

Dart advantage
1431 Opus Pl
STE 525
Downers Grove, IL 60515


DAVID JORDAN & CO, INC.
3698 US Highway 80 East
Lowndesboro, AL 36752


DDJ, INC.
C/O DDJ, INC.
PO BOX 81860
LAS VEGAS, NV 89180


Diversified Recycling
Jeff Bernstein
2700 Hazelhurst Ave
Orlando, FL 32804


Dixie Pulp & Paper, Inc.
101 Marina Drive
Tuscaloosa, AL 35406


Dyna-Lift, Inc.
P.O. Box 1348
Montgomery, AL 36102


DYVIS
150 HYUNDAI BLVD.
MONTGOMERY, AL 36105


Eovations,LLC
1645 Marquette Avenue
Bay City, MI 48706


EQUISTAR CHEMICALS, LP
PO Box 301673
DALLAS, TX 75303-1673

EREMA
23 OLD RIGHT ROAD
UNIT 2
IPSWICH, MA 01938


Euler Hermes ACI
800 Red Brook BLVD
Owens mills, MD 21117-1008


Express Logistics, Inc.
PO Box 628
Waukee, IA 50263


Extrusion Control & Supply Inc.
91130 East Metro Pkwy
Oxford, GA 30054


Fastenal Company
PO Box 978
Winona, MN 55987-0978


Faurecia
101 International Bvd
Fountain Inn, SC 29644


FIRSTAR FIBER
10330 I ST. #100
OMAHA, NE 68127


FURLONGS SECURITY
3344 ATLANTA HWY.
MONTGOMERY, AL 36109


G.S. Gelato & Desserts
1785 Firm Blvd.
Fort Walton Beach, FL 32547

GALA INDUSTRIES, INC
181 PAULEY STREET
EAGLE ROCK, VA 24085


GE Plastics
24481 Network Place
Chicago, IL 60673-1244


General Motors Corporation
DEPT. LOCKBOX 78095
PO BOX 78000
DETROIT, MI 48278-0095


Genpak LLC
Cathy Durden
7621 Bill Joseph Parkway
Hope Hull, AL 36043


Giro Pack
Marino Pobo
2305 Industrial Lane
Vidalia, GA 30474


GLOVIS ALABAMA, LLC
300 HYUNDAI BLVD.
MONTGOMERY, AL 36105


Goodwin, Mills & Cawood
2660 East Chase Lane
Suite 200
Montgomery, AL 36117


Gorrie-Regan & Associates, Inc.
2927 Central Avenue
Birmingham, AL 35209

GRAHAM PACKAGING CO.
Attn: Jen Wolfe
2401 Pleasant Valley Road
York, PA 17402


Graybar
PO BOX 403052
ATLANTA, GA 30384-3052


GULF SOUTH SERVICES LLC
PO BOX 4727
BILOXI, MS 39535


HANIL E HWA
PO BOX 1900
SELMA, AL 36702-1990


Heritage Freight Logistics, LLC
PO Box 125
Sylacauga, AL 35150


HESCO
PO BOX K
WAVERLY, FL 33877


HILEX POLY
101 EAST CAROLINA AVE
HARTSVILLE, SC 29550


Hodges Warehouse, Inc.
1065 N. Eastern Blvd.
Montgomery, AL 36117


Horton Supply
Horton Supply, Inc.
887 Industrial Drive
Winchester, TN 37398

INDUSTRIAL EQUIPMENT AND SUPPLY, INC.
PO BOX 241231
MONTGOMERY, AL   36124
MONTGOMERY, AL 36124


Industrial Transport Services (INC)
Chris Hughes
PO Box 608
Mount Vernon, IN 47620


Inline Transportation, LLC
7031 Orchard Lake Rd.
Suite 101
W Bloomfield, MI 48322


INTEPLAST GROUP, LTD.
PO BOX 277148
ATLANTA, GA 30384-7148


InterGroup International
Tim Carter
1111 East 200th Street
Euclid, OH 44117


Inzi Controls Alabama, Inc.
375 Hwy 203
Elba, AL 36323


IRP Logistics, LLC
700 N. Larrabee St., STE 1811
Chicago, IL 60654


ITW Daelim USA
50 S.L. White Boulevard
LaGrange, GA 30241


J & J Industrial Supply
412 S. Washington Street
Prattville, AL 36067

JACKSON THORTON & CO, PC
200 COMMERCE ST.
MONTGOMERY, AL 36104


JAY ELECTRIC CO, INC.
JAY ELECTRIC CO, INC
5300 East Lake Blvd
Birmingham, AL 35217


KEYSTONE MEXICO
4495 44TH ST., SE SUITE B
KENTWOOD, MI 49512


Kimberly Clark- Corinth
P.O. Box 915003
Dallas, TX 75391-5003


Kimberly Clark- LaGrange
Lisa Charles
P O  Box 915003
Dallas, TX 75391


KUMI MANUFACTURING
1001 E JACKSON ST
WEST UNITY, OH 43570-9414


KWANGSUNG AMERICA CORP
217 THEATT INDUSTRIAL BLVD
DADEVILLE, AL 36853


L L HODGE MACHINE WORKS, INC
PO BOX 1451
700 N COURT STREET
MONTGOMERY, AL 36104


Landstar Global Logistics
PO Box 8500-54302
Philadelphia, PA 19178-4302

LAUDADIO POLYMERS, INC.
5508 Clara Road
Houston, TX 77041


Letica.
Dept. #771108
Detroit, MI 48277-1108


Maddox Recycling
12562 Willow View Circle
Northport, AL 35475


Mayer Electric Supply Company
DEPT 1440
PO BOX 2153
BIRMINGHAM, AL 35287-1440


MEYERCO SUPPLY
2919 GLENAFTON LANE
LOUISVILLE, KY 40217


MIDLAND DAVIS
3301 4th Ave.
Moline, IL 61265


MITSUBISHI POLYSILICON
7800 MITSUBISHI POLYSILICON
THEODORE, AL 36582


Mobis Alabama
1391 Mitchell Young Road
Montgomery, AL 36108


Montgomery Rubber & Gasket Co.
PO Box 210639
Montgomery, AL 36121-0639

MOTION INDUSTRIES, INC.
PO BOX 504606
ST LOUIS, MO 63150-4606


MOUNT SCRAP MATERIALS
P.O. Box 508
Montgomery, AL 36104


Multi-Color Corporation
Lance George
4053 Clough Woods Drive
Batavia, OH 45103


MUTUAL OF OMAHA
POLICYHOLDER SERVICES
PO BOX 2147
OMAHA, NE 68103-2147


Nelson Electric Motors, Inc
PO BOX 670
OPELIKA, AL 36804


NEMO
1425 Candler Rd.
Gainesville, GA 30507


NISSAN/ NMAC
PO BOX 660083
DALLAS, TX 75266-0083


North Georgia Textile
PO Box 1067
Lafayette, GA 30728


Nuvida Plastic Technology, Inc
925 Georges Road
Monmouth Junction, NJ 08852

Orlando Drum and Container Corp.
Keith Hackley
4880 Hoffner Avenue
Orlando, FL 32812


OSBORN TRANSPORTATION, INC
#774692
4692 SOLUTIONS CENTER
CHICAGO, IL 60677-4006


PACMAN, INC.
30764 TANGLEWOOD DR
NOVA, MI 48377


Paladin Freight Solutions, Inc.
PO Box 241268
Memphis, TN 38124-1268


Pearson Industries
Daniel Price
P O Box 681360
Prattville, AL 36068


PELICAN PACKAGING
200 PELICAN PARKWAY
HALIFAX, NC 27839


Penske Truck Leasing Co., L.P.
P.O. Box 532658
Atlanta, GA 30353-2658


PHOENIX MEDICAL PRODUCTS, INC.
1535 COLD SPRINGS ROAD
MOUNTAIN CITY, TN 37683


Pigment Services Indiana
P.O. Box 245
Newburgh, IN 47629

Pittsburgh Logistics Systems, Inc
3120 Unionville Road Building 110
Suite100
Cranberry Twp, PA 16066


PKS
PO Box 2125
BRENTWOOD, TN 37027


Plus Materials
Zoeb Abdulla
3100 Breckinridge Boulevard, STE 175
Duluth, GA 30096


PLX Caribe S.R.L.
PO Box 939
Guaynabo, PR 00970-0939


POD
Jake Switzer
1120 N Ellis St
Bensenville, IL 60106


PODS Enterprises, Inc.
3705 62nd Ave N
Pinellas Park, FL 33781


R E Garrison Trucking, Inc.
PO BoX 830270
Birmingham, AL    35283
Birmingham, AL 35283


Rapid Granulator, Inc.
DEPARTMENT 610
PO Box 644537
Pittsburgh, PA 15264-4537

Recycling Revolution
9070 Kimberly Blvd.
Unit 53-54
Boca Raton, FL 33434


Renasant Bank
209 Troy St.
Tupelo, MS 38804


RITE-AID
3931 RICE MINE ROAD NE
TUSCALOOSA, AL 35406


ROBERT WALLICK ASSOCIATES
531 Susan B Britt Ct.
Winter Garden, FL 34787


Russell Truck Repair Inc.
PO Box 9401
Montgomery, AL 36111


SAFEGUARD BUSINESS SYSTEMS
PO BOX 88043
CHICAGO, IL 60680-1043


Sayer Delivery Service
Willie Sayer
P O Box 680808
Prattville, AL 36068


SCHAEFER SYSTEMS, INC. -1
PO BOX 7009
CHARLOTTE, NC 28241


SERVICE PRINTING COMPANY
P.O. Box 9073
Montgomery, AL 36108

Shaw Industries, Inc.
PO Box 100232
Atlanta, GA 30384-0232


SIOUX LAND PLASTICS, INC.
1100 CUNNINGHAM D
SIOUX CITY, IA 51106


SJA, Inc.
Attn: Il Woong Kim
274 Thweat Industrial Blvd
Dadeville, AL 36853


Skelton Trucking
1415 CO RD 43
TYLER, AL 36785


Slidell Oil Company, LLC
2335 South Forbes Dr
Montgomery, AL 36110-1501


SOLIDEAL USA
3005 MESSER AIRPORT HWY.
BIRMINGHAM, AL 35203


Southeast Pallet & Box
P.O. Box 1882
Montgomery, AL 36102


Southeastern Scales
PO Box 210368
Montgomery, AL 36121-0368


SOUTHERN CONTROL SYSTEM
3511 Wetumpka Hwy.
Montgomery, AL 36110

SOUTHERN HEAT CORP.
PO BOX 938
CARTERSVILLE, GA 30120


STEPHENS AUTO
3686 CO RD 5509
TROY, AL 36081


STILLWELL TRUCK SERVICE, INC.
2203 STEEL ST.
OPELIKA, AL 36804


SUNRISE PLASTICS
135 WORTH COURT NORTH
WEST PALM BEACH, FL 33405


T.T. Porta Toilets
DBA T.T. Porta Toilets
PO Box 680780
Prattville, AL 36068


THE BLADE SPECIALIST
Accounting Dept
2591 Hwy 39
Chelsea, AL 35043


The Plastics Group Of America, Inc.
1112 River Street
Woonsocket, RI 02895


The Worthington Company
140 S. College Ave.
Indianapolis, IN 46202


ThermoPlastic Trading Inc.
Bill Lawson
5629 Grundy Rd
Fairlawn, OH 44333

TRADEPRO
1810 N.E. 144th St. Suite 100
Miami, FL 33181


Trailer Services
P.O. BOX 9595
MONTGOMERY, AL 36108-0012


Transworth Logistics, Inc
7413 Whitesville Rd.
Suite 100A
Columbus, GA 31904


TRASH ROLL OFF, INC.
1627 AIRPORT RD.
PANAMA CITY, FL 32405


TRUGREEN PLASTICS LLC
2715 N AUSTRALIAN AVE. STE 104
WEST PALM BEACH, FL 33407


University Transportation
3789 Groveport Road
Columbus, OH 43207


UPS
P O Box 7247-0244
Philadelphia, PA 19170-0001


US America Bank
PO Box 17540
Clearwater, FL 33762


US Recycle of Georgia
Jared Meyer
7625 Southlake Pkwy
Jonesboro, GA 30236

Verdeco
1020 E. 230TH ST.
CARSON, CA 90745


Waste Recycling Anniston
PO Box 2614
Anniston, AL 36202


WASTE RECYCLING- OPELIKA
PO BOX 363
OPELIKA, AL 36803-0363


WASTE RECYCLING- TUSCALOOSA
PO Box 1968
TUSCALOOSA, AL 35403


West Rock
P.O. Box 102064
Atlanta, GA 30368-0064


Wiregrass Warehouse, Inc.
1065 N Eastern Blvd.
Montgomery, AL 36117


WNA
PO BOX 77000
DETROIT, MI 48277-1823


Woodford Logistics LLC
Paul Harney
2300 Jonesboro Rd SE
Atlanta, GA 30315


WORLD WIDE RECYCLERS
PO BOX 3852
HUMBLE, TX
HUMBLE, TX 77347

WTX
ATTN: Accounts Receivable
58 Truck Center Dr
JACKSON, TN 38305


Yamaha USA
1000 Hwy 34 E
Newnan, GA 30265


Zenith Cutter Co.
PO Box 8705
Carol Stream, IL 60197-8705

# United States Bankruptcy Court
## Middle District of Alabama

In re   **United Plastic Recycling, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **United Plastic Recycling, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 16, 2015**

Date

**/s/ James L. Day**

**James L. Day ASB-1256-A55J**

Signature of Attorney or Litigant

Counsel for   **United Plastic Recycling, Inc.**

**Memory & Day**
**P.O. Box 4054**
**Montgomery, AL 36103**
**334-834-8000 Fax:334-834-8001**
**jlday@memorylegal.com**