B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Alabama

In re  United Plastic Recycling, Inc.
Debtor(s)

Case No.
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 501K RECYCLING<br>565 BEAVER CREEK ROAD<br>HUNTINGTON, TN 38344 | 501K RECYCLING<br>565 BEAVER CREEK ROAD<br>HUNTINGTON, TN 38344 | | | 99,697.96 |
| BERRY PLASTICS CORP.<br>DEPT. 730002<br>PO BOX 660919<br>DALLAS, TX 75266-0919 | BERRY PLASTICS CORP.<br>DEPT. 730002<br>PO BOX 660919<br>DALLAS, TX 75266-0919 | | | 74,350.15 |
| BROTHERS LOGISTICS, INC<br>PO BOX 71842<br>ALBANY, GA 31708 | BROTHERS LOGISTICS, INC<br>PO BOX 71842<br>ALBANY, GA 31708 | | | 134,777.50 |
| COLOR MASTERS<br>Po box 2289<br>Albertville, AL 35950 | COLOR MASTERS<br>Po box 2289<br>Albertville, AL 35950 | | | 91,637.92 |
| Command Transportation, LLC<br>2633 Paysphere Circle<br>Chicago, IL 60674 | Command Transportation, LLC<br>2633 Paysphere Circle<br>Chicago, IL 60674 | | | 77,282.50 |
| Coveris<br>PO BOX 402910<br>ATLANTA, GA 30384-2910 | Coveris<br>PO BOX 402910<br>ATLANTA, GA 30384-2910 | | | 82,993.80 |
| DYVIS<br>150 HYUNDAI BLVD.<br>MONTGOMERY, AL 36105 | DYVIS<br>150 HYUNDAI BLVD.<br>MONTGOMERY, AL 36105 | | | 775,139.72 |
| EQUISTAR CHEMICALS, LP<br>PO Box 301673<br>DALLAS, TX 75303-1673 | EQUISTAR CHEMICALS, LP<br>PO Box 301673<br>DALLAS, TX 75303-1673 | | | 125,033.36 |
| General Motors Corporation<br>DEPT. LOCKBOX 78095<br>PO BOX 78000<br>DETROIT, MI 48278-0095 | General Motors Corporation<br>DEPT. LOCKBOX 78095<br>PO BOX 78000<br>DETROIT, MI 48278-0095 | | | 68,112.28 |
| HESCO<br>PO BOX K<br>WAVERLY, FL 33877 | HESCO<br>PO BOX K<br>WAVERLY, FL 33877 | | | 76,098.90 |
| INTEPLAST GROUP, LTD.<br>PO BOX 277148<br>ATLANTA, GA 30384-7148 | INTEPLAST GROUP, LTD.<br>PO BOX 277148<br>ATLANTA, GA 30384-7148 | | | 102,536.90 |

B4 (Official Form 4) (12/07) - Cont.

In re United Plastic Recycling, Inc.    Case No. _____
          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| InterGroup International<br>Tim Carter<br>1111 East 200th Street<br>Euclid, OH 44117 | InterGroup International<br>Tim Carter<br>1111 East 200th Street<br>Euclid, OH 44117 | | | 118,348.41 |
| Inzi Controls Alabama, Inc.<br>375 Hwy 203<br>Elba, AL 36323 | Inzi Controls Alabama, Inc.<br>375 Hwy 203<br>Elba, AL 36323 | | | 66,684.69 |
| Kimberly Clark- LaGrange<br>Lisa Charles<br>P O Box 915003<br>Dallas, TX 75391 | Kimberly Clark- LaGrange<br>Lisa Charles<br>P O Box 915003<br>Dallas, TX 75391 | | | 193,028.07 |
| Multi-Color Corporation<br>Lance George<br>4053 Clough Woods Drive<br>Batavia, OH 45103 | Multi-Color Corporation<br>Lance George<br>4053 Clough Woods Drive<br>Batavia, OH 45103 | | | 158,091.98 |
| NEMO<br>1425 Candler Rd.<br>Gainesville, GA 30507 | NEMO<br>1425 Candler Rd.<br>Gainesville, GA 30507 | | | 148,807.06 |
| Recycling Revolution<br>9070 Kimberly Blvd.<br>Unit 53-54<br>Boca Raton, FL 33434 | Recycling Revolution<br>9070 Kimberly Blvd.<br>Unit 53-54<br>Boca Raton, FL 33434 | | | 105,471.64 |
| SJA, Inc.<br>Attn: Il Woong Kim<br>274 Thweat Industrial Blvd<br>Dadeville, AL 36853 | SJA, Inc.<br>Attn: Il Woong Kim<br>274 Thweat Industrial Blvd<br>Dadeville, AL 36853 | | | 131,552.66 |
| WASTE RECYCLING- OPELIKA<br>PO BOX 363<br>OPELIKA, AL 36803-0363 | WASTE RECYCLING- OPELIKA<br>PO BOX 363<br>OPELIKA, AL 36803-0363 | | | 500,831.07 |
| WASTE RECYCLING- TUSCALOOSA<br>PO Box 1968<br>TUSCALOOSA, AL 35403 | WASTE RECYCLING- TUSCALOOSA<br>PO Box 1968<br>TUSCALOOSA, AL 35403 | | | 99,414.05 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  October 16, 2015                Signature  /s/ John A. Bonham, Jr.
                                                 John A. Bonham, Jr.
                                                 President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.