# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| UNITED PLASTIC RECYCLING, INC. ) | CHAPTER 13 |
| ) | CASE NO. 15-32928 |
| Debtor. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW Charles N. Parnell, III, and files herewith this entry of appearance on behalf of Renasant Bank, a creditor in this case. The undersigned requests that the Clerk of Court enter his name and address to the mailing matrix and provide copies of all further notices, pleadings as well as other matters of record to the undersigned.

Respectfully submitted,

PARNELL & CRUM, P.A.

/s/ Charles N. Parnell, III
By: CHARLES N. PARNELL, III
Attorney for Renasant Bank

OF COUNSEL:
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the foregoing notice to the following parties, this the 22nd day of October, 2015.

Hon. Teresa Jacobs
Bankruptcy Court Adm.
One Church Street
Montgomery, Alabama 36104

Hon. Von G. Memory
Attorney for Debtor
P.O. Box 4054
Montgomery, Alabama 36103-4054

/s/ Charles N. Parnell, III
CHARLES N. PARNELL, III