IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In re:

UNITED PLASTIC RECYCLING, INC.                CHAPTER 11

DEBTOR.                                        CASE NO. 15-32928

## RECOMMENDATION OF THE BANKRUPTCY ADMINISTRATOR REGARDING THE APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

Comes now Britt B. Griggs, as attorney for the Bankruptcy Administrator for this district, and reports to the court as follows:

1. That the above referenced case was filed on October 16, 2015.

2. That the following creditors who were contacted indicated a willingness to serve on the unsecured creditors' committee:

> DYVIS
> Minjae Song, Esq.
> 150 Hyundai Blvd.
> Montgomery, AL 36105
> (404) 449-8618
>
> Waste Recycling
> William C. Harris
> P.O. Box 1968
> Tuscaloosa, AL 35403
> (334) 399-3875
>
> Kimberly Clark
> Jennifer Miracle
> P.O. Box 915003
> Dallas, TX 75391
> (865) 541-7868
>
> Mulit-Color Corporation
> Deanna Seither
> 4053 Clough Woods Drive
> Batavia, OH 45103
> (813) 345-1113

Brothers Logistics, Inc.
c/o Lee Benton, Esq.
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, AL 35203
(205) 278-8000

SJA, Inc.
Woong Kim
274 Thweat Industrial Blvd.
Dadeville, AL 36853
(256)307-2684

InterGroup International
Neil Gloger
1111 East 200th Street
Euclid, OH 44117
(216) 323-4798

Wherefore, the Bankruptcy Administrator recommends that the court appoint these creditors to the unsecured creditors' committee as provided by 11 U.S.C. Section 1102.

        Respectfully submitted,
        /s/
        Britt B. Griggs
        Bankruptcy Attorney
        ASB 1270-G50B

United States Bankruptcy Administrator
Middle District of Alabama
One Church Street
Montgomery, AL 36104
Phone:(334) 954-3900
Fax: (334) 954-3901
britt_griggs@almba.uscourts.gov