# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                                     Case No. 15−32928
Chapter 11

United Plastic Recycling, Inc.

        Debtor

## ORDER APPOINTING CREDITOR COMMITTEE

        A petition for relief was filed by the debtor in this case on 10/16/2015, and relief was accordingly ordered.

        Pursuant to 11 U.S.C. §1102, the court is required to appoint a committee composed ordinarily of the largest unsecured creditors who are willing to serve.

        It is, therefore, **ORDERED** that the following creditors are named and shall constitute the unsecured creditor committee:

DYVIS
Minjae Song, Esq.
150 Hyundai Blvd.
Montgomery, AL 36105
(404)449−8618

Waste Recycling
William C. Harris
P.O. Box 19403
Tuscaloosa, AL 35403
(334)399−3875

Kimberly Clark
Jennifer Miracle
P.O. Box 915003
Dallas, TX 75391
(865)541−7868

Multi−Color Corporation
Deanna Seither
4053 Clough Woods Drive
Batavia, OH 45103
(813)345−1113

Brothers Logistics, Inc.
c/o Lee Benton, Esq.
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, AL 35203
(205)278−8000

SJA, Inc.
Woong Kim
274 Thweat Industrial Blvd.
Dadeville, AL 36853
(256)307–2684

InterGroup International
Neil Gloger
1111 East 200th Street
Euclid, OH 44117
(216)323–4798

      Any committee member appointed herein who is unwilling to serve upon the committee is requested to notify the court in writing not more than 20 days after the entry of this order.

Done this 10th day of November, 2015.

William R. Sawyer
United States Bankruptcy Judge